**Order filed November 21, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00763-CR
_____

### VINCENT JOHN ZAHORIK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. MD-0322640**

## ORDER

According to information provided to this court, on August 23, 2013, appellant filed a notice of appeal from his conviction for filing a false police report. To date, the clerk's record has not been filed. On October 28, 2013, the Galveston County Clerk's office notified this court that appellant has not made payment arrangements for preparation of the clerk's record. No evidence that appellant is entitled to proceed as indigent has been filed. Therefore, this court notified appellant that the appeal is subject to dismissal unless appellant made payment

arrangements for preparation of the clerk's record and provided this court with proof on or before November 12, 2013. No response was filed. Accordingly, we issue the following order:

The appeal will be dismissed unless appellant pays for preparation of the clerk's record and provides this court with proof of payment on or before **December 6, 2013.** *See* Tex. R. App. P. 37.3(b).

PER CURIAM